HILL RIVKINS & HAYDEN LLP
45 Broadway, Suite 1500
New York, New York 10006
Tel: (212) 669-0600
Fax: (212) 669-0699

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

OCEAN MEXICANA
S.A., de C.V.,

        Plaintiff,

vs.

CONSTRUCCIONES INTEGRALES DEL
CARMEN S.A., de C.V.,

        Defendant.

Index No.:

**RULE 7.1 STATEMENT**

---

Pursuant to Fed. R. Civ. P. 7.1 Plaintiff, OCEAN MEXICANA S.A., de C.V., by and through its attorneys, Hill Rivkins & Hayden LLP, certifies that the following are corporate parents, affiliates and/or subsidiaries which are publicly held:

**NONE**

Dated: New York, New York
      March 19, 2008

                      HILL RIVKINS & HAYDEN LLP
                      Attorneys for Plaintiff

            By: _____
                 John Eric Olson (JO-4394)
                 45 Broadway
                 New York, New York 10006
                 (212) 669-0600