HILL RIVKINS & HAYDEN LLP
45 Broadway, Suite 1500
New York, New York 10006
Tel: (212) 669-0600
Fax: (212) 669-0699

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| OCEAN MEXICANA S.A., de C.V., | : |
| Plaintiff, | : Index No.: |
| | : |
| vs. | : **PANAGOS AFFIRMATION** |
| | : **PURSUANT TO ADMIRALTY &** |
| CONSTRUCCIONES INTEGRALES DEL CARMEN S.A., de C.V., | : **MARITIME RULE B** |
| Defendant. | : |

---

I, Christopher M. Panagos, hereby affirm as follows:

1. I am an associate of Hill Rivkins & Hayden LLP, attorneys for Plaintiff herein and admitted to practice before this Honorable Court.

2. This Affirmation is submitted pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure.

3. Based upon the results of my investigation as set forth herein, I am firmly convinced that the defendant Construcciones Integrales Del Carmen S.A., de C.V.

is a corporation or other business entity which cannot be "found" within this District for the purpose of an attachment under Rule B.

4.  I contacted the office of the New York Department of State, Division of Corporations on March 13, 2008, via the official Department of State website at http://www.dos.state.ny.us and conducted a search for corporations named "CONSTRUCCIONES INTEGRALES DEL CARMEN S.A., de C.V." The search result indicated that it is not a New York corporation, nor is it licensed, authorized or registered to do business in the State of New York as either a domestic or foreign corporation. I also searched for variants of the above name but located no entries even remotely similar to the named defendant.

5.  I consulted with Directory Assistance for New York on March 13, 2008 for area codes (212), (718), (914), (646), and toll-free listings and no listing for Construcciones Integrales Del Carmen S.A., de C.V. or "Construcciones Integrales" was located.

6.  I reviewed the Transportation Telephone Tickler business directory, 2007 Edition (Vol. 1 New York Metropolitan Area), published by the Journal of Commerce, and no listing was found for Construcciones Integrales Del Carmen S.A., de C.V. or any similar name.

7. I accessed on March 13, 2008, through Microsoft Internet Explorer and Google Search engines the Yellow Pages telephone directory database and found no listing in that database for any office or agent of Construcciones Integrales Del Carmen S.A., de C.V. in the State of New York. There was also no listing found in a nationwide search.

8. On March 13, 2008, I accessed the Yahoo and Google search engines and conducted searches for Construcciones Integrales Del Carmen S.A., de C.V. It appears that Construcciones Integrales Del Carmen S.A., de C.V. maintains a public website at www.construccionesintegrales.com. Based upon information on that website it appears that the defendant maintains two offices in Mexico, in Yucatan and Campeche, with no offices in the United States or elsewhere.

9. Based upon the foregoing, it is respectfully submitted that defendant A Construcciones Integrales Del Carmen S.A., de C.V. cannot be "found" within this District within the meaning of Rule B, thus, justifying issuance of an order of attachment against the assets of defendant Construcciones Integrales Del Carmen S.A., de C.V. as may be found within this District up to and including the amount of the claim as specified in the Verified Complaint.

I hereby affirm under the penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
        March  19 , 2008

_____
Christopher M. Panagos (CP-2199)

3