HILL RIVKINS & HAYDEN LLP
45 Broadway, Suite 1500
New York, New York 10006
Tel: (212) 669-0600
Fax: (212) 669-0699

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/21/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

OCEAN MEXICANA
S.A., de C.V.,

          Plaintiff,

vs.

CONSTRUCCIONES INTEGRALES DEL
CARMEN S.A., de C.V.,

          Defendant.

Index No.: 08 CIV 2891 PAC

**ORDER APPOINTING SPECIAL PROCESS SERVER PURSUANT TO ADMIRALTY RULE 4(c)**

---

Upon the application having been made by counsel for Plaintiff for an Order Appointing a Special Process Server pursuant to Rule 4(c) of the Federal Rules of Civil Procedure and upon reading and filing the Affirmation of John Eric Olson, sworn to on March ~~4th~~ 2008 and good cause having been shown, it is on this 27th day of March, 2008.

**O R D E R E D** that Robert I. Blum or other ~~such similarly qualified person~~ *partner, associate, paralegal employed* a licensed process server ~~designated~~ by Hill Rivkins & Hayden LLP, over the age of eighteen (18) and not a party or attorney to this action, in addition to the United States Marshal, be and hereby is appointed to serve the Process of Attachment and Garnishment and the Verified Complaint, together with any Interrogatories, upon the garnishee(s) who may hold assets for, or on account of, Defendant Construcciones Integrales Del Carmen S.A., de C.V. ("Construcciones"); and it is further

MICROFILMED MAR 21 2008 @ PM

O R D E R E D that Robert I. Blum or other ~~such similarly qualified person designated~~ [*Process, service displayed by or licensed person server*] by Hill Rivkins & Hayden LLP, over the age of eighteen (18) and not a party or attorney to this action, in addition to the United States Marshal is hereby appointed to serve any other garnishees who based upon information developed subsequent to the issuance of this Order may hold assets for, or on account of, Defendant Construcciones.

Dated: New York, New York
       March __, 2008

_____
UNITED STATES DISTRICT JUDGE

2